UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Warren Bosket<br><br>　　　　　　Debtor | Chapter 13<br>Bankruptcy No.24-12928-AMC |

CERTIFICATE OF SERVICE

　　I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of February, 2025, by first class mail upon those listed below:

Warren Bosket
612 Willow Grove Ave
Glenside, PA  19038-2022

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee