| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | BOSKET WARREN C K |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 24-12928 |

HARPER, MEGAN on 2/10/2025 at 8:57 AM EST
Case Name: Warren Bosket
Case Number: 24-12928-amc
Creditor Name: City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., Suite 580
Philadelphia, PA 19102
Claim Number: 12    Claims Register
Amount Claimed: $3,724.78
Amount Secured: $3724.78
Amount Priority:

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

City of Philadelphia / School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

City of Philadelphia Law Dept - Tax Unit
Name
1401 JFK Blvd, 5th Floor
Number    Street
Philadelphia        PA        19102
City            State        ZIP Code

Contact phone 215-686-0503
Contact email Megan.Harper@phila.gov

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City            State        ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / ___
                                                                                      MM  /  DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                  Proof of Claim                                  page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 6 1 1 4 |
| 7. | How much is the claim? | $ 3,724.78 . **Does this amount include interest or other charges?** Plus Unliquidated Claims.<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Municipal Claim |
| 9. | Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: *** SEE ATTACHED<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ 276,600.00<br>**Amount of the claim that is secured:** $ 3,724.78<br>**Amount of the claim that is unsecured:** $ .00 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ 3,724.78<br>**Annual Interest Rate [Real Estate]**(when case was filed) 9.00 %<br>**Annual Interest Rate [Judgments]**(when case was filed) 0 %<br>☑ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ .00 |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410  Proof of Claim  page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____0.00 |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____0.00 |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____0.00 |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ Unliquidated .00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____0.00 |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/08/2024
                  MM / DD / YYYY

/s/ Megan N. Harper
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Megan                Harper
            First name    Middle name    Last name

Title       Senior Attorney

Company     City of Philadelphia Law Tax & Revenue Unit
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     1401 JFK Blvd, 5th Floor
            Number        Street
            Philadelphia                    PA        19102
            City                            State     ZIP Code

Contact phone  (215) 686-0503            Email  Megan.Harper@phila.gov

Official Form 410                Proof of Claim                page 3

| | | |
|---|---|---|
| Debtor: BOSKET WARREN C K | **City of Philadelphia**<br>***Pre-Petition Itemized Statement*** | Bankruptcy: 24-12928 |
| Interest and Penalties as of: 21-Aug-2024 | | Filing date: 21-Aug-2024 |

## Claim Type: Secured

### Agency Receivables - Account # 00001263929, Address - 3122 JUDSON ST PHILADELPHIA PA 19132-1435

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 17-Mar-2023 | $250.75 | $1.26 | $0.00 | $0.00 | $0.00 | $252.01 | L&I Bill #023001519_ 3122 Judson St. Clean and seal Rubbish |
| | **$250.75** | **$1.26** | **$0.00** | **$0.00** | **$0.00** | **$252.01** | |

### Real Estate Tax - OPA # 111436300, Address - 3122 JUDSON ST PHILADELPHIA PA 19132-1435

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2023 | $347.15 | $7.80 | $6.94 | $106.45 | $0.00 | $468.34 | |
| 31-Dec-2024 | $347.15 | $15.63 | $0.00 | $0.00 | $0.00 | $362.78 | |
| | **$694.30** | **$23.43** | **$6.94** | **$106.45** | **$0.00** | **$831.12** | |

| | | |
|---|---|---|
| Debtor: BOSKET WARREN C K | **City of Philadelphia**<br>**Pre-Petition Itemized Statement** | Bankruptcy: 24-12928<br>Filing date: 21-Aug-2024 |
| Interest and Penalties as of: 21-Aug-2024 | | |

## Claim Type: Secured

**Real Estate Tax - OPA # 381057800,  Address - 3213 N 25TH ST PHILADELPHIA PA 19129-1804**

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2023 | $671.91 | $20.16 | $13.44 | $106.45 | $0.00 | $811.96 | |
| 31-Dec-2024 | $671.91 | $40.32 | $0.00 | $0.00 | $0.00 | $712.23 | |
| | **$1,343.82** | **$60.48** | **$13.44** | **$106.45** | **$0.00** | **$1,524.19** | |

**Commercial Trash Fees - Account # 00001598347 ,  Address - 2503 W ALLEGHENY AVE PHILADELPHIA PA 19132-1335**

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 30-Jun-2022 | $250.00 | $20.00 | $37.50 | $0.00 | $0.00 | $307.50 | |
| 31-Dec-2023 | $250.00 | $7.08 | $15.38 | $0.00 | $0.00 | $272.46 | |
| 30-Jun-2024 | $250.00 | $7.50 | $20.00 | $0.00 | $0.00 | $277.50 | |
| 31-Dec-2024 | $250.00 | $5.00 | $5.00 | $0.00 | $0.00 | $260.00 | |
| | **$1,000.00** | **$39.58** | **$77.88** | **$0.00** | **$0.00** | **$1,117.46** | |

|  |  |
|---|---|
| Subtotal: | $3,724.78 |
| Total Claim: | $3,724.78 |

Debtor: BOSKET WARREN C K  **Nonfiler Schedule**  Bankruptcy: 24-12928
Filing date: 21-Aug-2024

## Unliquidated Claim

**Business Income and Receipts Tax - Account Ending in 9870**

| Filing Period |
| --- |
| 31-Dec-2018 |
| 31-Dec-2019 |
| 31-Dec-2020 |
| 31-Dec-2021 |
| 31-Dec-2022 |
| 31-Dec-2023 |

## Unliquidated Claim

**Net Profits Tax - Account Ending in 7102**

| Filing Period |
| --- |
| 31-Dec-2018 |
| 31-Dec-2019 |
| 31-Dec-2020 |
| 31-Dec-2021 |
| 31-Dec-2022 |
| 31-Dec-2023 |

## Unliquidated Claim

**Wage Tax - Account Ending in 3486**

| Filing Period |
| --- |
| 31-Dec-2019 |
| 31-Dec-2020 |
| 31-Dec-2021 |
| 31-Mar-2022 |
| 30-Jun-2022 |
| 30-Sep-2022 |

| Debtor: BOSKET WARREN C K | **Nonfiler Schedule** | Bankruptcy: 24-12928 |
|---|---|---|
| | | Filing date: 21-Aug-2024 |

31-Dec-2022

31-Mar-2023

30-Jun-2023

30-Sep-2023

31-Dec-2023

31-Mar-2024

30-Jun-2024

Debtor: BOSKET WARREN C K          Philadelphia Real Estate          Bankruptcy: 24-12928
Filing date: 21-Aug-2024

| Address | Valuation |
|---|---|
| 2503 W ALLEGHENY AVE | $173,800.00 |
| 3122 JUDSON ST | $40,300.00 |
| 3213 N 25TH ST | $62,500.00 |
|  | **$276,600.00** |
| Total Valuation: | 276,600.00 |

L&I Invoice 17-Mar-2023    batch 05-May-2023

## Transaction Worksheet

3122 JUDSON ST   *6300

Agency Receivables   00-001263929

17-Mar-2023

**L&I Invoice**

Bankruptcy, Collection, Lien

## Attributes

Effective : 17-Mar-2023

Created : 22-Mar-2023 18:08:22 by batch

**Worksheet**    Postings    Notes    Cross Reference

### Agency Receivable Transaction Worksheet    batch 05-May-2023    2 of 2

Agency Receivable Transactions

Agency Receivable Transactions

Lien Code    [ ]

Use Lien Description from Agency Receivables Bill File    [✓]

Lien Code Description    [cs]

Agency Bill Item Code    [Clean and Seal]

| | |
|---|---|
| Fund Type | GENERAL |
| Violation Date | 16-Feb-2022 |
| Bill Number | 023001519 |
| Bill Date | 22-Mar-2023 |
| Work Date | 17-Mar-2023 |
| Assessed Tax | 207.23 |
| Admin Fee | 43.52 |
| Total | 250.75 |

## Contact Information

| | |
|---|---|
| Business Name | |
| First Name | |
| Last Name | BOSKET WARREN CK SR |
| Street | 4169 GERMANTOWN AVE |
| Street 2 | |
| City, State, Zip | PHILADELPHIA, PA, 19140 |