United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12928-amc |
| Warren Bosket | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 13, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Warren Bosket, 612 Willow Grove Avenue, Glenside, PA 19038-2022 |
| cr | + | U.S. Bank Trust Company, National Association, as, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 14918051 | | Bluebird Lending, LLC, Attn: Bankruptcy, 1845 Walnut St, Philadelphia, PA 19103-4708 |
| 14918064 | | Statebridge Company, Llc, Sttn: Bankruptcy, Sttn: Bankruptcy Sttn: Bankruptcy , Ste, Greenwood Village, CO 80111 |
| 14918066 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:23:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation and Collections Unit, Philadelphia, PA 19102-1595 |
| 14940003 | Email/PDF: bncnotices@becket-lee.com | Mar 14 2025 03:07:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14918050 | Email/PDF: bncnotices@becket-lee.com | Mar 14 2025 00:57:41 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14976985 | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:22:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14962837 | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14984186 | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:23:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14918052 | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2025 00:58:32 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14918053 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2025 01:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14918054 | Email/Text: support@ljross.com | Mar 14 2025 01:22:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Universal Way, PO Box 6099, Jackson, MI 49204-6099 |
| 14941014 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2025 00:57:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14918055 | Email/Text: camanagement@mtb.com | Mar 14 2025 01:22:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14939461 | Email/Text: camanagement@mtb.com | Mar 14 2025 01:22:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14918056 | + Email/Text: bankruptcy@marinerfinance.com | Mar 14 2025 01:21:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14939280 | + Email/Text: bankruptcy@marinerfinance.com | Mar 14 2025 01:21:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14918057 | Email/Text: fesbank@attorneygeneral.gov | Mar 14 2025 01:22:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14918058 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14918059 | ^ MEBN | Mar 14 2025 00:33:45 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14918060 | + Email/Text: bankruptcy1@pffcu.org | Mar 14 2025 01:22:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14918061 | + Email/Text: bankruptcy1@pffcu.org | Mar 14 2025 01:22:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14934392 | + Email/Text: bankruptcy1@pffcu.org | Mar 14 2025 01:22:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14918062 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 01:23:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14918063 | + Email/Text: bknotices@snsc.com | Mar 14 2025 01:23:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 14924076 | + Email/PDF: ebn_ais@aisinfo.com | Mar 14 2025 01:32:26 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14918065 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 14 2025 01:22:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14940218 | + Email/Text: BKNotice@velocitycommercial.com | Mar 14 2025 01:22:00 | U.S. Bank Trust Company, et al, c/o Velocity Commercial Capital, 30699 Russell Ranch Road, ,Suite 295, Westlake Village, CA 91362-7325 |
| 14918067 | Email/Text: dlohr@ufc-online.com | Mar 14 2025 01:22:00 | Universal Payment Corp, Attn: Bankruptcy, PO Box 2759, Pittsburgh, PA 15230-2759 |
| 14935359 | ^ MEBN | Mar 14 2025 00:33:37 | Velocity Commercial Capital Loan Trust 2023-3, C/O Steven K. Eisenberg, 1581 Main Street, Ste.200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: pdf900 | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Warren Bosket help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-3 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Warren Bosket

Chapter 13

Bankruptcy No. 24-12928-AMC

Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 13, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE